UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80004-T/P-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

VINCENT S. NORMAN,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 71]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Monday, October 3, 2011, at 11:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 15th day of September, 2011.

**copy furnished:**
AUSA Robert H. Waters, Jr.
AFPD Samuel J. Smargon
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site
at http://judgehurley.com