UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80004-T/P-HURLEY

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

v.

**VINCENT NORMAN,**
     **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 84], dated March 31, 2015. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, April 14, 2015,** at **9:00 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of April, 2015.

**copy furnished:**
AUSA Robert H. Waters, Jr.
AFPD Robert E. Adler
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge